October 31, 2019

In The United States District Court for the Southern District of Alabama

Prisoner Complaint

Mario Peeples, plaintiff

v.; Mobile Police Department, ; Mobile County District Attorney's Office

Defendants

I, Mario Andyun Peeples, was falsely imprisoned by the Mobile Police Department on October 8, 2019. After taking a few sips of a beer the police alleged that I showed my genitals and was acting intoxicated. I did not show my genitals neither was I intoxicated or acting intoxicated. The police for the Mobile Police Department actually pulled my "pants" only" down halfway in order to charge me with public lewdness. The other false charge was public intoxication. After the policeman, Michael Goodson, insisted on taking me to jail, I notified him that "the last policeman that took me to jail like this was Sean tudor." This was not a threat, but what I thought was a considerate fact as far as I knew. Officer Goodson responded, "Is that a threat?". I responded, "No, I am just being factual about it." He later I also notified him to please get my pocket knife "so you know its not a threat."

Statement Claim continued.

In spite of being totally humble with the officer I was slammed to the ground and charged with terrorist threat in District Court. I was never read my rights to remain silent during the arrest by the Mobile Police Officer. I was denied bond for public lewdness although, given bond for terrorist threat. This denial of bond resulted in false imprisonment by Mobile Police Department.

The Mobile County District Attorney's Office is a defendant in a Federal criminal complaint under color of law. They charged me with possession of burglary tools although I never had a burglary tool in my possession. I can never recall seeing a tool used for burglary purposes a day in my life, and am pretty sure I have never seen a burglary tool. The Mobile County District Attorney's Office denied me bond on the charge to obstruct justice. This is false imprisonment by the Mobile County District Attorney's Office. I seek to be released and monetary damages.

October 31, 2019

Mario Peeples
Mario Peeples
605 H
P.O. Box 104
Mobile, AL 36601

Case 1:19-cv-00945-TFM-B   Document 1   Filed 11/07/19   Page 3 of 4   PageID #: 3

Mario Peeples
Mobile County Metro Jail
605H
P.O. Box 104
Mobile, AL 36601

MOBILE AL 366
06 NOV 2019 PM 2 L
FOREVER USA
Barn Swallow

INMATE IN MOBILE CO. JAIL

United States District Court
113 St. Joseph St.
Mobile, AL 36602

36602-360699