IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARIO PEEPLES,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIV. ACT. NO. 1:19-cv-945-TFM-B |
| **MOBILE POLICE DEPARTMENT,** *et al.*, | ) |
| **Defendants.** | ) |

## **JUDGMENT**

In accordance with the Order entered this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's claims are **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 3rd day of February 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE